UNITED STATES of America,
Appellant

v.

Harold K. BREHMER.

No. 16808.

United States Court of Appeals
Eighth Circuit.

Oct. 9, 1961.

John J. Connelly, Asst. U. S. Atty., St. Paul, Minn., for appellant.

C. Stanley McMahon, Winona, Minn., for appellee.

Appeal from District Court, 191 F. Supp. 421, dismissed with prejudice, etc., on stipulation of parties.

---

Lenin DeWayne BIRD

v.

UNITED STATES of America.

No. 6872.

United States Court of Appeals
Tenth Circuit.

Oct. 18, 1961.

No attorney for appellant.

William T. Thurman, U. S. Atty., and C. Nelson Day, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for the reason that the notice of appeal was not filed in time and the court was therefore without jurisdiction.

AMERICAN HOME ASSURANCE
COMPANY

v.

TRAILERCOACH, INC.

No. 6773.

United States Court of Appeals
Tenth Circuit.

Aug. 30, 1961.

Philip N. Landa and E. D. Hieronymus, Tulsa, Okl., for appellant.

J. C. Pinkerton and James R. Eagleton, Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

UNITED STATES of America,
Appellant

v.

Ralph C. BARKS.

No. 16905.

United States Court of Appeals
Eighth Circuit.

Nov. 20, 1961.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellant.

H. Kenneth Wangelin, Poplar Bluff, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellant.